DISTRICT JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-189-JLR |
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ ORDER ON DEFENDANT'S UNOPPOSED FIRST MOTION TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE |
| JONATHAN MAREK, | |
| Defendant. | |

THE COURT having considered the unopposed motion for continuance of pretrial motions date and trial date motion, and the records and files herein, including the defendant's waiver of speedy trial rights, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

IT IS THEREFORE ORDERED that the time within which pretrial motions must

[PROPOSED] ORDER ON MOTION TO CONTINUE
PRETRIAL MOTIONS FILING DATE AND TRIAL DATE

LAW OFFICE OF TIMOTHY R. LOHRAFF
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 940-6523
Lohrafflaw@gmail.com

be filed in this case is extended from October 31, 2019 to March 19, 2020, and the trial date is extended from December 9, 2019 to April 27, 2020.

IT IS FURTHER ORDERED THAT the time period between December 9, 2019 and April 27, 2020 is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE this 4th day of November, 2019.

_____
DISTRICT JUDGE JAMES L. ROBART

Presented by:

s/Timothy R. Lohraff
Bar No. 32145
Attorney for Jonathan Marek
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
206/940-6523
Lohrafflaw@gmail.com

[PROPOSED] ORDER ON MOTION TO CONTINUE
PRETRIAL MOTIONS FILING DATE AND TRIAL DATE

LAW OFFICE OF TIMOTHY R. LOHRAFF
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 940-6523
Lohrafflaw@gmail.com