THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  ) No. CR19-189-JLR
                           )
            Plaintiff,     )
                           )
       v.                  ) (PROPOSED) ORDER FOR
                           ) TERMINATION OF SUPERVISED
JONATHAN MAREK,            ) RELEASE
                           )
            Defendant.     )
                           )

THE COURT has considered Jonathan Marek's motion to terminate his remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Mr. Marek's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 24th day of February 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Gregory Murphy
Assistant Federal Public Defender
Attorney for Jonathan Marek

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*United States v. Marek*, CR19-189-JLR) - 1